The Honorable, the United States Court of Appeals for the First Circuit is now in session. All persons having any business before this Honorable Court may give their attendance and they shall be heard. God save the United States of America and this Honorable Court. Court is in session. Today's cases will be called as previously announced and the times will be as allotted to counsel. The first case today is United States v. Rolanda-Millan-Machuca, Appeal No. 182175, United States v. Quesado-Barrios, Appeal No. 182179, United States v. Miguel Rivera-Calcano, Appeal No. 182189, United States v. Giordano-Santana-Melendez, Appeal No. 182195. Attorney Hill, you may proceed. Yes, good morning, Your Honors. This is Anita Hill, counsel for Appellant Giordano-Santana-Melendez. This appeal raises a sole issue that was presented in the appellant's brief, which is whether the evidence presented was sufficient as a matter of law to convict the appellant on the RICO conspiracy. The indictment charged four counts. The first count was the RICO conspiracy, the second count was the conspiracy to possess controlled substances, and counts three and four are not relevant to my argument because they charge substantive Vicar murder counts, which my appellant was not indicted in those two counts. The indictment charged an enterprise known as La Asociación Nieta, which was nothing other than a prison gang in the Puerto Rico state prison system, which was founded in the late 1970s, early 1980s, and the purpose of this prison gang initially was to gain better living conditions, was to obtain better meal services, better living conditions while the time was being served. However, the evidence at trial did present, and the indictment did allege, that throughout the time, the purpose of the organization, more so for the younger generation that came in, evolved with time, and it had two faces. One face was the one that fought for better living conditions, and the other was the one that had to do with the contraband, the drug distribution, and the murders for hire that were charged in counts three.